**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
SEACOR PIEZO CERAMICS, LLC      :
                                :
     Plaintiff,                 :
                                :
v.                              :    Civil Action No.
                                :    3:01CV00754 (AWT)
APC INTERNATIONAL, LTD.,        :
AMERICAN PIEZO CERAMICS, INC.   :
And APC DENMARK A/S,            :
                                :
     Defendants.                :
                                :
-------------------------------x
```

### ENDORSEMENT ORDER

The defendants' motion for summary judgment is being denied for the reasons set forth below.

The defendants contend that a mere breach of contract cannot support a claim under CUTPA. However, where "substantial aggravating circumstances attend[] the breach," a claimant may recover under CUTPA, Boulevard Assoc's. v. Sovereign Hotels, Inc., 72 F.3d 1029, 1039 (2d Cir. 1995) (citing Emlee Equip. Leasing Corp. v. Waterbury Transmission, Inc., 41 Conn. Supp. 575, 580 (Conn. Super. 1991)), and genuine issues of material fact exist as to whether substantial aggravating circumstances attended the alleged breach of contract.

The defendants also contend that the plaintiff's CUTPA claim must fail because the plaintiff did not suffer an ascertainable loss as a result of the defendants' conduct. However, the plaintiff has presented evidence sufficient to support a reasonable inference that the defendants' conduct resulted in

ascertainable loss to the plaintiff. See <u>Service Road Corp. v. Quinn</u>, 241 Conn. 630, 637-45 (1997) ("The fact that a plaintiff fails to prove a particular loss or the extent of the loss does not foreclose the plaintiff from obtaining injunctive relief and attorneys' fees pursuant to CUTPA if the plaintiff is able to prove by a preponderance of the evidence that an unfair trade practice has occurred and a reasonable inference can be drawn by the trier of fact that the unfair trade practice has resulted in a loss to the plaintiff.").

    Accordingly, the Defendants' Motion for Partial Summary Judgment (Doc. No. 55) is hereby DENIED.

    It is so ordered.

    Dated this 31st day of May 2006 at Hartford, Connecticut.

/s/<br>
Alvin W. Thompson<br>
United States District Judge