UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SEACOR PIEZO CERAMICS, LLC,

        Plaintiff,

v.

APC INTERNATIONAL, LTD.,
AMERICAN PIEZO CERAMICS, INC.,
and FERROPERM PIEZOCERAMICS A/S,

        Defendants.

**NOTICE OF MOTION**

Case No.: 3:01CV00754 (AWT)

---

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of Donald W. O'Brien, Jr., Esq., dated November 16, 2006, the defendants will move this Court, pursuant to Rule 7(b)(2) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, for an order, granting the parties an additional ninety (90) days to conduct discovery in this action, together with such other and further relief as to the Court may seem just and proper.

DATED:  November 17, 2006
           Rochester, New York

WOODS OVIATT GILMAN LLP

By: _____
Donald W. O'Brien, Jr., Esq.
Federal Bar No. ct 22628
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800
dobrien@woodsoviatt.com

and

{742784:}

       REGNIER, TAYLOR, CURRAN & EDDY
Frederick M. O'Brien, Esq.
Federal Bar No. ct 08989
185 Asylum Street
Cityplace
Hartford, Connecticut 06103
860.249.9121
fobrien@rtcelaw.com

*Attorneys for Defendants*

TO:    ZELDES, NEEDLE & COOPER, P.C.
Marie A. Casper, Esq.
Federal Bar No. ct08974
David P. Friedman, Esq.
Federal Bar No. ct03558
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601-1740
203.333.9441
mcasper@znclaw.com
dfriedman@znclaw.com

*Attorneys for Plaintiff*

{742784:}    2