UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SEACOR PIEZO CERAMICS, LLC,

                Plaintiff,

v.

APC INTERNATIONAL, LTD.,
AMERICAN PIEZO CERAMICS, INC.,
and FERROPERM PIEZOCERAMICS A/S,

                Defendants.

**CERTIFICATE OF SERVICE**

Case No.: 3:01CV00754 (AWT)

---

    I, Donald W. O'Brien, Jr., Esq., hereby certify that I caused to be electronically filed defendants' notice of motion and affidavit of Donald W. O'Brien, Jr., Esq., with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        ZELDES, NEEDLE & COOPER, P.C.
        Marie A. Casper, Esq.
        David P. Friedman, Esq.
        1000 Lafayette Boulevard
        P.O. Box 1740
        Bridgeport, Connecticut 06601-1740
        mcasper@znclaw.com
        dfriedman@znclaw.com

DATED:  November 17, 2006
             Rochester, New York

WOODS OVIATT GILMAN LLP

By: _____
Donald W. O'Brien, Jr., Esq.
Federal Bar No. ct 22628
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800
dobrien@woodsoviatt.com

{742790:}