UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEACOR PIEZO CERAMICS, LLC : | |
| : | |
| Plaintiff : | |
| : | Case No.: 3:01CV00754(AWT) |
| v. : | |
| : | |
| APC INTERNATIONAL, LTD., : | |
| AMERICAN PIEZO CERAMICS, INC. : | |
| And FERROPERM PIEZOCERAMICS : | |
| A/S : | |
| : | |
| Defendants : | FEBRUARY 16, 2007 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY

Plaintiff Seacor Piezo Ceramics, LLC ("Plaintiff") hereby moves pursuant to Rule 9(b) of the District of Connecticut Local Rules of Civil Procedure for a three-week extension of the fact discovery deadline to complete a deposition that the Plaintiff was prevented from completing due to unforeseen circumstances. In support of its motion, Plaintiff represents as follows:

1.  The parties each conducted depositions in Buffalo, New York on February 13, 2007.

2.  A telephonic deposition of Mrs. Wolny, a principal of defendant Ferroperm Piezoceramics, A/S, was scheduled for February 15, 2007 at 10:00 a.m.

3.  All parties, the deponent and the reporter were present and available at the time of the deposition on February 15, 2007, but the reporter

could not adequately hear the responses of the deponent over the telephone conferencing equipment available at that time.

4. All parties have agreed to schedule a mutually convenient date within the next couple of weeks to convene the deposition in a location with better audio equipment.

5. The Defendants' counsel has consented to this motion.

6. This is the first time that the Plaintiff has moved for an extension of this discovery deadline.

WHEREFORE, Plaintiff requests an extension of the discovery deadline to March 12, 2007.

_____
Marie A. Casper (ct#08974)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT  06604
Telephone:  (203) 333-9441
E-Mail: mcasper@znclaw.com

Attorneys for Plaintiff
Seacor Piezo Ceramics, LLC

2

**CERTIFICATION OF SERVICE**

I hereby certify that on **February 16, 2007**, a copy of foregoing **Plaintiff's Motion for Extension of Time to Complete Fact Discovery** was filed electronically and served by hand delivery and mail on all counsel and pro se parties, including anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

PLAINTIFF SEACOR PIEZO
CERAMICS, LLC

By: _____
Marie A. Casper (ct08974)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Juris No. 69695
Email: mcasper@znclaw.com

Its Attorneys