UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEACOR PIEZO CERAMICS, LLC<br>    Plaintiff | :<br>:<br>:   Case No.: 3:01CV00754(AWT) |
| v. | : |
| APC INTERNATIONAL, LTD.,<br>AMERICAN PIEZO CERAMICS, INC.<br>And FERROPERM PIEZOCERAMICS<br>A/S | :<br>:<br>:<br>: |
|     Defendants | :   MARCH 22, 2007 |

**MOTION ON CONSENT TO EXTEND DEADLINE FOR
FILING JOINT TRIAL MEMORANDUM**

Plaintiff Seacor Piezo Ceramics, LLC ("Plaintiff"), with the consent of Defendants, moves pursuant to Rule 9(b) of the District of Connecticut Local Rules of Civil Procedure to extend for an additional one week the deadline for the parties' Joint Trial Memorandum, currently due by the end of today, March 22, 2007.

1. With the consent of Defendants, Plaintiffs are requesting a one-week extension of time, from the original deadline of March 22, 2007 to March 29, 2007, to submit the parties' Joint Trial Memorandum.

2. Exacerbated by the fact that there are some issues about supplemental responses to discovery, and the transcript of a deposition held on March 8, 2007 was not obtained until a few days ago, both parties require additional time to complete the Joint Trial Memorandum.

3. This is Plaintiff's first request for an extension of time related to the deadline for the Joint Trial Memorandum, although Plaintiff had also moved In February of 2007 for an extension of time relating to the deadline for fact discovery.

4. As noted above, Defendants' counsel has consented to the motion for extension.

WHEREFORE, Plaintiff moves that the deadline for the Joint Trial Memorandum be extended to March 29, 2007.

Respectfully Submitted,

By: _____
Marie A. Casper (ct08974)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Juris No. 69695
Email: mcasper@znclaw.com

Attorney For Plaintiff

2

## CERTIFICATION OF SERVICE

I hereby certify that on **March 22, 2007**, a copy of foregoing **Motion on Consent to Extend Deadline for Filing Joint Trial Memorandum** was filed electronically and sent via mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

PLAINTIFF SEACOR PIEZO CERAMICS, LLC

By: /s/ Marie A. Casper
Marie A. Casper (ct08974)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Juris No. 69695
Email: mcasper@znclaw.com

Its Attorneys