# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEACOR PIEZO CERAMICS, LLC<br>    Plaintiff<br><br>v.<br><br>APC INTERNATIONAL, LTD.,<br>AMERICAN PIEZO CERAMICS, INC.<br>And APC DENMARK A/S,<br>    Defendants | :<br>:<br>:  Case No.: 3:01CV00754 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:  MARCH 29, 2007 |

### STIPULATION OF FACTS

1.  Plaintiff Seacor Piezo Ceramics, LLC ("Seacor") is a Connecticut limited liability company having its principal office in Branford, Connecticut. Upon the formation of Seacor as a limited liability company in 1996, all of the assets of the sole proprietorship through which Seacor's business previously had been conducted were contributed to Seacor.

2.  Defendant APC International, Ltd. ("APCI") is a Delaware corporation having its principal office in Mackeyville, Pennsylvania.

3.  Defendant American Piezo Ceramics, Inc. ("APC, Inc."), is a wholly owned subsidiary of APCI and a Pennsylvania corporation having its principal office in Mackeyville, Pennsylvania.

4.  Defendant APC Denmark A/S ("APC Denmark") is a Danish corporation that for the period from March 29, 2001 up to April of 2002 was a wholly owned subsidiary of APCI, having its principal place of business in Kvistgard, Denmark. The business owned by APC Denmark for that period was

known as Ferroperm Piezoceramics A/S f/k/a Industriselskabet Ferroperm A/S ("Ferroperm").

5. Seacor acted as Ferroperm's distributor in the United States of piezo ceramics, memorialized by an "Agreement Between Seacor Piezo Ceramics and Industriselskbet Ferroperm A/S Piezoceramics Division" entered into in early 1992 (the "Distributorship Agreement"). Under the agreement transferring Ferroperm's business to APC Denmark, which was closed on March 29, 2001, APC Denmark expressly assumed the obligations of Ferroperm under the Distributorship Agreement.

6. APCI notified Seacor of the acquisition of Ferroperm by APC Denmark by correspondence dated April 3, 2001.

7. APCI's President and CEO, Ian Henderson, sent a letter to Seacor dated April 20, 2001 concerning the termination of the Distributorship Agreement.

_____
Marie A. Casper (ct08974)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Ph: (203) 333-9441
Fax: (203) 333-1489
E-Mail: mcasper@znclaw.com

Attorneys for Plaintiff Seacor Piezo Ceramics, LLC

Defendants APC International, Ltd.,
American Piezo Ceramics, Inc., and
Ferroperm Piezoceramics A/S


By:_____/s/
     Donald W. O'Brien, Jr. (ct22628)

Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY  14614
Tel.: 585-987-2800
Fax: 585-987-2910
Email: dobrien@woodsoviatt.com

3