# EXHIBIT B

Seacor Piezo Ceramics, LLC v. APC International, Ltd., et al.

## LIST OF EXHIBITS

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 1 | 6/15/87 | Correspondence | Ferroperm/ Seacor | | |
| 2 | 6/29/90 | Agreement | Seacor, Inc. / Industriselskabet Ferroperm A/S | Hearing EX HH | |
| 3 | 8/27/90 | Correspondence | Seacor / Ferroperm | Hearing EX TT | DAPCO |
| 4 | 11/29/90; 11/29/90; 11/28/90; 11/30/90; 12/11/90; 3/15/91 | Documents | | Hearing EX VV | Advanced Medical Systems |
| 5 | 2/4/92 | Agreement | Seacor Piezo Ceramics / Industriselskabet Ferroperm A/S Piezo Ceramics Division | Hearing EX B | |
| 6 | 9/22/92; 9/25/92; 10/2/92; 10/12/92; 10/13/92 | Correspondence | Seacor / Ferroperm | Hearing EX SS | Crest Ultrasonics |
| 7 | 7/30/92; 9/14/92; 12/21/92; undated | Correspondence | Ferroperm/Seacor | Hearing EX XX | Seacor Pricing markups |
| 8 | 10/10/98 | Correspondence | Ferroperm / Seacor | Hearing EX VV | Burleigh Multi Layer |
| 9 | 6/19/92 | Correspondence | Ferroperm / Seacor | Hearing EX KK | Prolyco |
| 10 | 2/3/92 | Correspondence | Ferroperm/Seacor | Hearing EX II | Agreement |
| 11 | 3/20/92; 12/8/92 | Correspondence | Ferroperm / Seacor | Hearing EX QQ | Examples, FOB Denmark and Seacor quotes |
| 12 | 7/12/93 | Correspondence | Seacor / Ferroperm | Hearing EX EE | Medtronics bid |

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 13 | 8/23/93 | Correspondence | Ferroperm/Seacor | Hearing EX NN | Pricing |
| 14 | 7/13/94; 8/13/94; 7/24/97; 5/15/97; 12/2/97; 7/19/99; 8/30/99; 2/2/00; 8/7/00; 7/25/00; 8/3/00; 8/7/00; 2/18/98; 4/30/98; 2/3/98; 8/14/00; 9/15/00; ?/21/99; 8/18/00 | Correspondence | Ferroperm / Seacor | Hearing EX JJ | Production mistakes |
| 15 | 10/15/96 | Correspondence | Ferroperm / Seacor | Hearing EX OO | Nicolet quote |
| 16 | 10/1/96; 3/3/99 | Correspondence | Ferroperm / Seacor | Hearing EX DD | Price information request |
| 17 | 10/15/96; 2/4/99 | Correspondence | Ferroperm / Seacor | Hearing EX BB | Referral of commercial matters to Seacor |
| 18 | 1/19/96; 12/23/97; 10/1/97; 12/23/?? | Correspondence | Ferroperm / Seacor | Hearing EX AA | Seacor performance |
| 19 | 1/24/97; 10/29/98; 12/17/98 | Correspondence | Seacor / Ferroperm | Hearing EX FF | CTC pricing, Burleigh direct contact |
| 20 | 9/29/98 | Correspondence | Seacor / Ferroperm | | Business Plan |
| 21 | 11/24/98 | Correspondence | Seacor / Ferroperm | | Direct Contact, CTC |
| 22 | 11/5/98 | Correspondence | Seacor / Ferroperm | | CTC |
| 23 | 2/24/00 | Correspondence | Seacor / Ferroperm | | Specifications, PCB |
| 24 | 2/8/98 | Correspondence | Seacor/Ferroperm | Hearing EX O | Technical Information |
| 25 | 12/9/98 | Correspondence | Seacor / Ferroperm Multi Layer | Hearing EX RR | FOB Denmark quote |

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 26 | 12/8/98; 3/2/99 | Correspondence | Seacor / Ferroperm | Hearing EX V | Sonic systems pricing strategy |
| 27 | 1/6/99 | Correspondence | Seacor / Ferroperm | Hearing EX P | Market survey |
| 28 | 1/6/99 | Correspondence | Seacor / Ferroperm | Hearing EX N | Sample, account updates |
| 29 | 1/6/99 | Correspondence | Seacor / Ferroperm | Hearing EX L | Sample, accounts update |
| 30 | 2/22/60 | Correspondence | Seacor / Ferroperm | Hearing EX M | Sample, accounts update continued |
| 31 | 2/10/00 | Correspondence | Ferroperm / Seacor | | Specifications, PCV and Kistler |
| 32 | 1/31/01; 9/11/00; 8/22/00; 8/17/00; 5/2/00; 4/18/00; 3/15/00; 9/30/00; 4/21/99; 3/2/99; 1/27/99; 12/8/99; 5/13/97; 4/2/97; 10/5/95; 10/9/95; 9/22/93; 7/12/93; 7/18/93; 6/15/93; 4/15/93; 8/25/?? | Correspondence | Seacor / Ferroperm | Hearing EX T | Pricing |
| 33 | 9/20/99; 3/21/01 | Correspondence | Ferroperm / Seacor | Hearing EX CC | Non competitive prices |
| 34 | 1/22/00 | Correspondence | Seacor / Ferroperm | | Transmission of information to Wolny |
| 35 | 10/31/00; 10/30/00; 8/24/00; 8/13/00; 7/10/00; 6/21/00; 6/14/00; 6/5/00; 1/26/00; 2/16/01; 1/30/01; 1/29/01 | Correspondence | Seacor / Ferroperm | Hearing EX Y | Production delays, 2001 and 2000 |

3

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 36 | 3/6/00 | Email | Wolny / Volk | | Pleskunas, over FOB Denmark |
| 37 | 3/9/00; 4/17/00 | Email; Correspondence | Seacor/Ferroperm | Hearing EX R | Data Products |
| 38 | 4/26/00 | Correspondence | Wolny/Kurt Volk | Hearing EX X | Status of management |
| 39 | 6/23/00 | Correspondence | Seacor / Ferroperm | | Direct contact PCB |
| 40 | 6/23/00 | Email | Wolny / Volk | | Direct contact PCB |
| 41 | 6/26/00; 6/27/00 | Emails | Wolny / Staut | | Denmark visit |
| 42 | 8/9/00 | Correspondence | Seacor / Ferroperm | Hearing EX MM | Client relations |
| 43 | 10/12/00 | Correspondence | Staut / Henderson | | |
| 44 | 8/7/00 | Email | Wolny / Staut | | Meeting with Ian Henderson |
| 45 | 8/9/00 | Email | Wolny / Staut | | Washington meeting |
| 46 | 9/11/00 | Email | Wolny / Staut / Henderson | | Financials APC potential purchase |
| 47 | 9/20/00 | Email | Wolny / Staut / Henderson | | Necessary information |
| 48 | 9/25/00 | Email | Wolny / Henderson | | "Just received your mail; have sent your email, will have reply from him." |
| 49 | 9/26/00 | Email | Wolny / Henderson | | Email from Jens Peter |
| 50 | 10/4/00 | Email | Wolny / Staut / Henderson | | Result of Friday meeting |
| 51 | 10/12/00 | Email | Staut / Henderson | | Seacor offer still "alive" |
| 52 | 10/31/00 | Correspondence | Ferroperm / Seacor | | Delays CTC, Wilcoxin |

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 53 | Updated 1/01 | Website Information | Ferroperm | | Products /Contacts |
| 54 | 1/26/01 | Email | Wolny / Staut / Henderson | | Future of Seacor |
| 55 | 1/29/01 | Correspondence | Ferroperm / Seacor | | Visit not convenient |
| 56 | 2/5/01 | Email | Wolny / Staut | | Communications outside office |
| 57 | 2/5/01 | Email | Henderson / Wolny | | Seacor visit |
| 58 | 2/5/01 | Email | Wolny / Henderson / Staut | | Seacor visit beyond limits of good behavior |
| 59 | 3/16/01 | Agreement | APCI / Ferroperm | Hearing EX A | Business transfer agreement between Ferroperm, Piezo Ceramics, A/S and APC Denmark A/S |
| 60 | 3/19/01; 3/6/01; 4/24/01 | Correspondence | Ferroperm / CDC | Hearing EX BBB | CTC Orders |
| 61 | 5/22/01; 5/21/01; 6/13/01; 6/8/01; 5/28/01; 4/24/01; 4/23/01; 4/21/01; 4/17/01; 4/16/01; 3/5/01; 3/19/01 | Correspondence | Ferroperm / Seacor / Nicolett | | Orders |
| 62 | 3/2/92 | Email | Ferroperm / Seacor | | Wolny review of agreement |
| 63 | 3/12/01 | Correspondence | Seacor / Holm | Hearing EX D | Status of sale |
| 64 | 3/21/01 | Email | Wolny / Staut | | Seacor pain in neck |
| 65 | 3/21/01 | Email | Staut / Wolny | | Seacor ok in time |

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 66 | 3/22/01 | Email | Wolny / Staut | | Another Seacor note use when time is right |
| 67 | 3/23/01 | Email | Staut / Wolny / Henderson | | Call from Seacor, visit PCB as soon as deal closed, endure anger |
| 68 | 3/26/01 | Correspondence | Moltke Leth / Ferroperm | Hearing EX C | Status |
| 69 | 3/28/01 | Email | Wolny / Staut | | Contract, three customers before terminating |
| 70 | 3/28/01 | Email | Henderson / Wolny / Staut | | No one at APC spoke, saddened by EV conduct |
| 71 | 3/28/01 | Email | Staut / Wolny | | Weichen didn't say anything |
| 72 | 3/30/01 | Email | Wolny / Dave Lally (PCB) | | Rumor of business acquisition, Seacor critical vendor |
| 73 | 3/30/01 | Email | Staut / Wolny | | Good letter PCB |
| 74 | 3/30/01 | Email | Wolny / Staut | | Wilcoxin, Indevco |
| 75 | 4/3/01 | Correspondence | APCI / Seacor | Hearing EX E | Acquisition |
| 76 | 4/2/01 | Email | Wolny / Henderson | | Informing agents, Seacor, please see her note |
| 77 | 4/2/01 | Email | Saia / Staut | | 4/11/01 Meeting |
| 78 | 4/2/01 | Email | Staut / Saia | | 4/11/01 Meeting |

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 79 | 4/5/01 | Email | Wolny / Henderson / Staut | | Hurry writing about Seacor, other hand Seacor breaches of contract |
| 80 | 4/5/01 | Email | Wolny / Bruce Martha (PCB) | | Sale, Staut meeting next week, order, Ferroperm will ship parts |
| 81 | 4/6/01 | Email | Wolny / Henderson | | Closing Status |
| 82 | 4/9/01 | Correspondence | Seacor / APC | Hearing EX F | Status of distributorship |
| 83 | 4/11/01 | Email | Staut / Wolny | | PCB visit, no decision about Seacor made |
| 84 | 4/11/01 | Email | Seitz/Staut | | Seacor Open Orders |
| 85 | 4/11/01 | | Wolny / Staut | | Collecting info about Seacor |
| 86 | 4/13/01 | Email | Wolny / Staut | | PCB, Seacor |
| 87 | 4/13/01 | | Wolny / Staut | | PCB visit, Kistler visit |
| 88 | 4/16/01 | Email and Seacor Quote | Wolny / Staut | | Looking forward to PCB, Kistler pricing information |
| 89 | 4/17/01 | Correspondence | Ferroperm / Seacor | Hearing EX ZZ | Seacor customers are getting in contact |
| 90 | 4/18/01 | Email | Wolny / Henderson | | Direct inquiry PCB, contract doesn't say we have to copy her |

7

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 91 | 4/20/01 | Email | Staut / Henderson | | Wolny meeting, Seacor letter, do it now, Kistler pricing |
| 92 | 4/20/01 | Correspondence | APCI / Seacor | Hearing EX G | Termination |
| 93 | 4/23/01 | Correspondence | Ferroperm / Customers | Hearing EX YY | Notice to accounting departments |
| 94 | 4/24/01 | Email | Wolny / Seacor | | Instructed direct contact |
| 95 | 4/25/01; 4/18/01; 4/17/01 | Correspondence | PCB / APC / Ferroperm / Staut | Hearing EX V | Open orders meeting |
| 96 | 4/26/01 | Email | Ferroperm / Seacor | Hearing EX EEE | Confusion customers |
| 97 | 4/30/01 | Correspondence | Ferroperm / Columbia Research | | Copies of orders |
| 98 | 4/30/01 | Email | Wolny / Staut / Henderson | | Customer contacts |
| 99 | 5/1/01 | Email | Staut / Wolny | | American Hoffman |
| 100 | 5/2/01 | Email | Wolny / Staut | | Customer contacts |
| 101 | 5/4/01 | Email | Wolny / Staut | | Constraining order, ship / not ship |
| 102 | 5/7/01 | Email | Wolny / Staut / Henderson | | Won't ship unless paid |
| 103 | 5/14/01 | Email | Wolny / Staut | | Seacor no right to have documents |
| 104 | 5/14/01 | Emails | Ferroperm / Accusonic | Hearing EX III | Orders |
| 105 | 4/23/01 | | Ferroperm / Accusonic | | Accounting department |

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 106 | 4/25/01; 5/8/01; 6/28/01; 4/27/01; 4/26/01; 7/19/01 | Emails/Orders | Ferroperm / Kistler | Hearing EX AAA | Kistler Orders |
| 107 | 5/21/01; 5/22/01 | Correspondence/ Orders | Seacor / Ferroperm / Nicolet | Hearing EX GG | Nicolet Orders |
| 108 | 5/30/01 | Email | Wolny / Staut | | Referrals |
| 109 | 5/31/01 | List | Seacor | Hearing EX I | Seacor customers |
| 110 | 6/27/01 | Correspondence | Seacor counsel / Ferroperm counsel | Hearing EX GG | Security offer |
| 111 | 6/20/01; 6/7/01; 6/8/01; 6/28/01; 6/24/01 | Correspondence | Ferroperm / Seacor | Hearing EX WW | May 2001 commission error |
| 112 | 6/20/01 | Email | Ferroperm / Seacor | Hearing EX CCC | Burleigh |
| 113 | 6/26/01; 5/14/01; 5/8/01; 5/11/01; 5/9/01 | Correspondence | Seacor / Ferroperm | Hearing EX HHH | Communications Bruce Martha |
| 114 | 7/13/01 | Email | Wolny / Staut | | Kistler pricing |
| 115 | 7/24/01; 7/23/01 | Correspondence | Ferroperm / Seacor | Hearing EX DDD | Wolny new CTC price |
| 116 | No date | Form Letters | Seacor | Hearing EX J | Seacor |
| 117 | 12/8/98 | Correspondence | Seacor / Ferroperm | | Sample inquiry re technology |
| 118 | No date | | Seacor / customer | | Elographics quotes |
| 119 | 3/98 | Business Plan | Ferroperm | Hearing EX W | Ferroperm |
| 120 | No date | Sales Figures | Wolny | | Ferroperm sales |

9

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 121 | 8/23/?? | Correspondence | Ferroperm / Seacor | | Price discussion Wolny with Allied Signals |
| 122 | No date | Sales Forecast | | | 2000 |
| 123 | Various dates 4/01 – Present | Attorneys Fees, Bills and Timesheets | ZNC / Seacor | | Zeldes, Needle & Cooper, P.C. Services |
| 124 | 4/22/02 | Email | Ferroperm / Seacor | | MBO |
| 125 | 4/24/02 | Email | Ferroperm / Seacor | | MBO |
| 126 | 5/2/02 | Email | Ferroperm / Seacor | | MBO notification |
| 127 | 5/7/02 | Email | Ferroperm / Seacor | | Customer visits |
| 128 | 5/8/02 | Correspondence | Ferroperm / Seacor | | Technical updates |
| 129 | 5/4/02 | Email | Ferroperm / Seacor | | Technical information |
| 130 | 5/17/02 | Email | Wolny / Christiano | | Kistler Visit |
| 131 | 5/28/02 | Email | Wolny / Martha | | PCB Visit |
| 132 | 6/21/02 | Email | Wolny / Volk | | MBO |
| 133 | 11/11/02 | Emails | Seacor / Ferroperm | | Kistler contacts |
| 134 | 3/7/02 | Correspondence | Ferroperm / Seacor | | Mistake by Seacor bank |
| 135 | 6/26/01 | Pleading | Defendants | | Answer, Affirmative Defenses and Counterclaims |
| 136 | 7/29/02 | Correspondence | Seacor / PCB | | Contract quote |

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 137 | 1/01 | Brochure | Ferroperm | | |
| 138 | No date | Correspondence | Seacor / Ferroperm | | CTC direct ship, price |
| 139 | 7/23/01 | Correspondence | Seacor / Ferroperm | | Delinquent Orders |
| 140 | 7/9/01 | Correspondence | Ferroperm / Seacor | | Shipment / non-shipment goods |
| 141 | 7/11/02 | Correspondence, Form Agreement | PCB / Seacor | [Saia Dep. Ex. 2] | Solicitation for contract quotes |
| 142 | 3/4/02; 1/24/02; 6/28/02; 7/13/01; 7/13/01; 1/29/02; 10/14/02; 10/9/02; 3/1/02; 9/23/02; 7/26/02; 7/24/02; 9/26/02; 7/24/02; 4/22/02; 4/19/02; 9/20/02; 9/13/02; 2/15/02; 4/13/02; 6/26/02; 6/25/02; 10/7/02; 2/28/02; 8/22/02; 9/17/02; 5/2/00; 4/28/00; 7/20/01; 2/8/01; 2/7/01; 8/12/02 | Documents | PCB / Seacor | [Saia Dep. Ex. 3] | Purchase orders, invoices, confirmations re Seacor sales |
| 143 | 4/6/01 through 3/19/04 | Inspection Sheets | Ferroperm | | The Parts Relating to PCB Drawings |
| 144 | 1/2/01 – 4/28/04 | Invoices | Ferroperm / Seacor | | PCB Parts |
| 145 | No date | Summary | Seacor | Hearing EX Z | 92-00 Sales, Seacor vs. FOB Copenhagen |
| 146 | 12/13/00 - 11/12/03 | Invoices | Seacor / Kistler | | Orders |
| 147 | 7/6/01 – 5/19/04 | Invoices | Seacor / Misonix | | Orders |
| 148 | 3/18/02 – 12/23/03 | Invoices | Seacor / CTC | | Orders |

11

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 149 | 9/20/04; 9/21/04 | Invoices | Seacor / Unholtz Dickie | | Orders |
| 150 | 1/19/01-9/29/04 | Invoices | Seacor / PCB | | Orders |
| 151 | 10/26/01 – 12/15/03 | Order Status Reports | Seacor / PCB | | Order Status |
| 152 | 5/28/02 | Correspondence | Seacor / Ferroperm | | Client Relations, MBO |
| 153 | 3/8/04; 3/4/04; 2/2/04; 1/30/04 | Order Confirmations; Blanket Orders; Invoices | Seacor / CTC / Ferroperm | | Cancelled Order |
| 154 | 9/21/04 | Order Cancellation; Acknowledgements; Invoices | Seacor / Kistler Ferroperm | | Cancelled Order |
| 155 | 9/21/04 | Order Confirmations; Invoices | Seacor / Unholtz Dickie / Ferroperm | | Order Interference |
| 156 | 7/26/02 | Correspondence | Seacor / Ferroperm | | PCB |
| 157 | 5/19/04; 5/24/04 | Order Acknowledgements; Invoices; Purchase Orders | Seacor / PCB | | PCB |
| 158 | 1998 – 2004 | Order Ledgers (Bookings) plus Summaries | Seacor | | Sales |
| 159 | 1998 – 2004 | Accounting Records plus Summaries (Income/Profit/ Loss/Expenses) | Seacor | | Net Profits |
| 160 | 2003 – 2004 | Damages Claim, Summary, Lost Profit Cancelled, Unshipped Orders | Seacor | | Damages |
| 161 | 5/2/00 – 10/19/02 | Purchase Orders; Order Confirmations | Seacor / PCB | | PCB Orders |
| 162 | 1/7/03 | Correspondence | Seacor / Ferroperm | | Invoice Credit |

| Ex. # | Date | Type of Document | From / To | Document ID | Re: |
|---|---|---|---|---|---|
| 163 | 2/6/03 | Correspondence & List | Ferroperm / Seacor | | Accounting Reconciliation |
| 164 | 1/17/04 | Correspondence | Seacor / Ferroperm | | Delinquent Orders |
| 165 | 2/8/04 | Correspondence | Ferroperm / Seacor | | Accusonics Shortage |
| 166 | 10/26/01; 3/29/03; 7/2/03 | Invoices; Order Acknowledgements | Seacor / Piezo Kinetics | | Orders |
| 167 | 10/04; 6/17/04 | Invoice; Order Acknowledgements | Seacor / Ferroperm / Unholtz Dickie | | Orders |
| 168 | 11/24/04 | Correspondence | Seacor / Ferroperm | | Shortages, Shipping Refusal |
| 169 | 12/7/04 | Correspondence | Seacor / Ferroperm | | Credits |
| 170 | 3/27/01 | Email | PCB / Seacor | | Rumors re Ferroperm |
| 171 | 10/8/04 | Correspondence | Seacor / Ferroperm | | Order, Payment, Website Status |
| 172 | 8/23/02; 2/1/01; 12/18/00 | Invoices, Order Acknowledgements, Correspondence | Seacor / Ferroperm | | PCB Order 11062; Order 9041 |
| 173 | 6/6/02 | Correspondence | Ferroperm/ Seacor | | MBO press release |
| 174 | 4/25/02 | Press Release | Ferroperm | | MBO |
| 175 | 3/29/07 | SynoTECH website | SynoTECH | | Relationship to PCB |
| 176 | 5/4/01 | Temporary Restraining Order | | | |
| 177 | 9/17/01 | Preliminary Injunction | | | |

13

File Name: Volk/Eve/Exhibit List 3.20.07 (Revised)