# EXHIBIT C

**DEFENDANTS' PROPOSED TRIAL EXHIBITS**

1. First amended complaint

2. Plaintiff's answer and affirmative defenses to defendants' counterclaims

3. Affidavit of Eve Volk in support of application for temporary restraining order and preliminary injunction (hearing Exhibit "A") (Volk deposition Exhibit "1")

4. Affidavit of Eve Volk in opposition to motion for partial summary judgment

5. E-mail Volk to Wolny 2/18/97 (hearing Exhibit "GG")

6. E-mail Volk to Wolny 6/25/00 (hearing Exhibit "JJ")

7. Letter Volk to Freidman Malta Associates 5/24/01 (hearing Exhibit "N")

8. Faxes Volk to Wolny – various dates (hearing Exhibit "DD")

9. Fax Volk to Wolny 1/22/99 (hearing Exhibit "II")

10. E-mail Wolny to Blair 5/30/01 (hearing Exhibit "I")

11. Fax Wolny to Volk with purchase order 12/4/96 (hearing Exhibit "CC")

12. Fax Wolny to Volk with attachment 9/2/99 (hearing Exhibit "HH")

13. Response to defendants' document request No. 4 (documents regarding bank transfer) (hearing Exhibit "C") (Volk deposition Exhibit "11")

14. Collection documents produced by Seacor re late payment in June of 2001 (hearing Exhibit "O") (Volk deposition Exhibit "17")

15. Communication Wolny to Volk 6/18/01 re payment in full (hearing Exhibit "M")

16. Communications regarding delays in payment by Seacor – various dates (hearing Exhibit "D") (Staut deposition Exhibit "10")

17. Communications regarding Seacor's unresponsiveness – various dates (hearing Exhibit "E") (Staut deposition Exhibit "11")

18. E-mail Volk to Wolny 8/7/00 (hearing Exhibit "L") (portion of Volk deposition Exhibit "10")

{742600:}

19. Letter Volk to Bertuca 5/8/01 with interlineations (hearing Exhibit "KK") (Volk deposition Exhibit "14")

20. Application for foreign wire transfer 6/11/01 (hearing Exhibit "R") (Varrecchia deposition Exhibit "1")

21. Fax Eve Volk to Kennedy with wire transfer request from Eve Volk (hearing Exhibit "X") (Varrecchia deposition Exhibit "7")

22. Bank charge advice (hearing Exhibit "V") (Varrecchia deposition Exhibit "5")

23. Application for wire transfer by Eve Volk 6/10/01 / 6/20/01 (hearing Exhibit "T") (Varrecchia deposition Exhibit "3")

24. Bank charge advice (hearing Exhibit "W") (Varrecchia deposition Exhibit "6")

25. Kistler billing printout (hearing Exhibit "F")

26. Faxes, Volk to Wolny, Wolny to Volk (hearing Exhibit "K") (part of Volk deposition Exhibit "10")

27. Fax Volk to Wolny 10/13/93 (hearing Exhibit "EE")

28. Order confirmations (hearing Exhibit "LL")

29. Plaintiff's damages statement 2/15/02

30. Plaintiff's revised damages estimate 10/21/02

31. Fax Messina to Henderson 3/30/01 with attached letter

32. Plaintiff's response to defendants' document request No. 8 (Volk deposition Exhibit "2")

33. Plaintiff's response to defendants' document request No. 16 (Volk deposition Exhibit "4")

34. Multi-page document referencing open orders between PCB and Seacor (Saia deposition Exhibit "1")

35. Letter and reference to competitive sources (Saia deposition Exhibit "2")

36. 51-page document containing PCB purchase orders to Seacor

37. Fax Wolny to Volk 9/11/00 (Staut deposition Exhibit "9")

{742600:}                                              2

38. Fax Volk to Wolny July 2001 with attachment (hearing Exhibit "H" – not admitted)

39. Fax Wolny to Volk 12/18/00 with attachment (defendants' hearing Exhibit "K" – not admitted)

40. Activity report 7/18/01 (hearing Exhibit "P") (Volk deposition Exhibit "18")

41. Fax Volk to Wolny 2/25/99 (hearing Exhibit "Q" – not admitted)

42. Fax Seacor to Hudson United Bank 6/19/01 with attached application for foreign wire transfer (hearing Exhibit "S" – not admitted) (Varrecchia deposition Exhibit "2")

43. Application for foreign wire transfer 6/18/01 / 6/19/01 (hearing Exhibit "U" – not admitted) (Varrecchia deposition Exhibit "4")

44. Charge advice Hudson United Bank 7/17/01 (hearing Exhibit "W" – not admitted)

45. Fax Volk to Lorentsen 7/20/00 (hearing Exhibit "Y" – not admitted)

46. E-mail Volk to Wolny 6/29/01 re Kistler order (hearing Exhibit "Z" – not admitted)

47. E-mail Torsten at Ferroperm to PKI 2/4/99; Seacor to PKI 2/11/99 (hearing Exhibit "AA" – not admitted)

48. Ferroperm promotional brochure (hearing Exhibit "BB" – not admitted)

49. Fax Volk to Ferroperm (Jepson) re PCB (hearing Exhibit "FF" – not admitted)

50. E-mail List

51. Fax Jenstrup to Moltke-Leth Attorneys-at-Law and Jørgensen 6/28/00

52. Letter Jørgensen to Jenstrup 10/4/00

53. Fax Jenstrup to Moltke-Leth Advokater and Jørgensen 10/12/00

54. Chart – Ferroperm's yearly sales to large accelerometer customers

55. Chart – Ferroperm sales in different countries

56. Chart – Ferroperm yearly sales to selected Seacor customers

57. Spreadsheet – Sales summary for selected Seacor customers 1996 – May 2003

58. Letter Volk to Wolny 12/18/00

59. Drawing 9358201-02 labeled "PRELIMINARY" 8/02

60. Letter Volk to Wolny 8/20/02

61. Fax Wolny to Volk 2/27/03

62. Drawing 22186

63. Fax Wolny to Volk 2/26/03

64. Letter Volk to Wolny 2/26/03

65. Fax Wolny to Volk 2/26/03

66. Letter Volk to Wolny 2/27/03

67. Fax Wolny to Volk 2/27/03

68. Letter Volk to Wolny 12/9/02

69. Fax Wolny to Volk 1/8/03

70. Fax Wolny to Volk 1/20/03

71. Fax Wolny to Volk 6/6/02

72. Letter Volk to Wolny 6/6/02

73. Fax Wolny to Volk 6/5/02

74. Press Release (Danish) 4/25/02

75. Press Release (English) 4/25/02

76. E-mail Volk to Wolny 10/27/04

77. E-mail Wolny to Volk 11/6/02

78. E-mail Volk to Wolny 3/1/05

79. Order confirmation 107274 3/4/04

80. Letter Volk to Wolny 3/4/04

{742600:}  4

81. Fax Wolny to Volk 1/13/04

82. Letter Volk to Wolny with attached drawing 1/12/04

83. Letter Volk to Wolny 1/12/03

84. Fax Wolny to Volk 6/18/04

85. Letter Volk to Wolny 6/17/04

86. Letter Volk to Wolny 6/17/04

87. Fax Wolny to Volk 6/17/04

88. Statement 6/16/04

89. Statement 5/27/04

90. Statement 8/18/04

91. Statement 8/30/04

92. Fax Wolny to Volk 11/25/04

93. Letter Volk to Wolny 11/24/04

94. Letter Volk to Wolny 9/1/04

95. Fax Wolny to Volk 9/2/04

96. Statement 7/14/04

97. Letter Volk to Korsholm 4/2/04

98. Fax Wolny to Volk 4/7/04

99. Letter Volk to Wolny 4/7/04

100. Letter Volk to Wolny 4/7/04

101. Fax Wolny to Volk 4/13/04

102. Fax Wolny to Volk 3/30/04

103. Fax Wolny to Volk 3/31/04

104. Letter Volk to Korsholm 3/24/04

105. Letter Volk to Korsholm 4/2/04

106. Letter Volk to Wolny 3/17/04

107. Letter Volk to Wolny 3/24/04

108. Fax Wolny to Volk 3/9/04

109. Fax Wolny to Volk 3/12/04

110. Letter Volk to Wolny 3/12/04

111. Letter Volk to Sorensen/Jensen 3/9/04

112. Fax Wolny to Volk 3/16/04

113. Fax Wolny to Volk 2/23/04

114. Letter Volk to Wolny with attached payment schedule sent to Sorensen 2/24/04

115. Fax Wolny to Volk 2/25/04

116. Fax Wolny to Volk 1/6/04

117. Letter Volk to Wolny 1/6/04

118. Fax Wolny to Volk 2/16/04

119. Invoice 22505 12/6/02

120. Letter Volk to Wolny 2/23/04

121. Fax Wolny to Volk 7/26/02

122. Fax Wolny to Volk 6/18/04

123. Letter Volk to Wolny 6/17/04

124. E-mail Wolny to Volk 12/16/04

125. Chart – Seacor sales (1996–2004)

126. Chart – Ferroperm Sales to accelerometer segment, 1999 = Index 100 (1998–2005)

127. Chart – Ferroperm Sales to accelerometer segment, 1999 = Index 100 (1999–2004) with table

128. Chart – EuroInvestor (1/4/99–3/22/07)

129. Chart – Seacor sales (1996–2004)

130. Chart – Ferroperm Sales to accelerometer segment, 1999 = Index 100 (1998–2007)

131. Chart – Ferroperm Sales to accelerometer segment (1998–2007)

132. Table – USA Salgsoversigt 3 (1999–2006)

133. List – 1996–2004

134. Purchasing Records (58 pages)

135. Chart – APC International, Ltd. Quarterly Sales Curve (attached as Exhibit "2" to to the May 8, 2003, affidavit of Ronald Staut)