# EXHIBIT D

**PLAINTIFF'S DEPOSITION AND HEARING TRANSCRIPT DESIGNATIONS**

**Depositions To Be Used As Trial Testimony:**

The deposition of Michael Seitz, held on 4/24/02, P 6 LL 24-25; PP 7-44.

The deposition of Erwin Rakoczy, held on 2/13/07: PP 3-32; P 33 LL 1-3; P 35 LL 4-11; P 35 LL 18-23; P 36 LL 1-3; P 38 LL 10-13; P 38 LL 22-23; PP 39-40.

**In the event any of the following witnesses are not available for trial:**

**Deposition Transcripts:**

Wanda Wolney:    Depositions held on 7/26/01, PP 1-222; 7/24/02, PP 1-67; 3/8/07, P 13 LL 1-4; P 17 LL 15-25; P 18 LL 1-10; P 18, LL 23-25; P 19 LL 1-12; P 21 LL 20-25; P 26 LL 1-22; P 23 LL 1-25; P 24 LL 1; P 27 LL 24-25; P 28 LL 1-25; P 29 LL 1-22; P 31 LL 2-17; P 32 LL 10-14

Ronald Staut:    Depositions held on 6/4/01, PP 1-138; and 6/4/02, PP 1-107;

Ian Henderson:    Deposition held on 6/20/01, PP 3-8; P 9 LL 1-9, LL 17-25; PP 10-15; P 16 LL 1-14, LL 22-25; P 17 LL 1, LL 8-25; PP 18-19; P 20 LL 1-13; P 21; P 22 LL 1-7, LL 11-22; P 23 LL 2-11, LL 13-15, LL 17-18, LL 24-25; P 24 LL 1-9; P 25 LL 7-25; PP 26-29; P 30 LL 1-14; P 31 LL 7-25; P 32-33; P 34 LL 1-5, LL 17-25; P 35 LL 1-3, LL 8-25; PP 36-37; P 38 LL 1-10, LL 17-25; PP 39-45; P 46 LL 16-25; PP 47-60; P 61 LL 1-13, LL 18-25; P 62 LL 1-21; PP 63-64; P 65 LL 1-16, LL 20-25; PP 66-75; P 76 LL 1-24; P 77 LL 7-25; P 78; P 79 LL 1-3, LL 12-14, LL 18-21, L 24.

Camille Saia:    Deposition held on 11/7/02; P4 LL 7-23; P 5; P 6 LL -11, LL 17-23; P 7; P 8 LL 1-15, LL 18-23; PP 9-33; P 34 LL 1-13, LL 16-23; P 35 LL 1-13, LL 17-23; P 36; P 37 LL 1-10, LL 18-22; P 38 LL 2-23; P 39; P 40; P 41 LL 1-4; P 43 LL 10-23; P 44 LL 1-16; P 45 LL 12-23; P 46 LL 1-23; P 47 LL 1-23; P 48 LL 1-17; PP 57-58.

**Hearing Transcripts, Plaintiff's Motion for Preliminary Injunction:**

Wanda Wolney:    Hearing Transcript, 7/31/01, P 297, LL 10-14; P 298 LL 3-6; P 299 LL 21-25; P 300 LL 1-3; P 330, LL 10-15; P 332 LL 10-25; P 333 LL 1-25; P 337 LL 12-25; P 338 LL 1-12; P 350 LL 19-25; P 351 LL 1-25; P 352 LL 1-25; P 353 LL 1-4; P 363 LL 12-15; P 364 LL 13-21; P 366 LL 2-25; P 367 LL 1-9.pp. 236-267; 293-301; 369-379

Ronald Staut:   Hearing Transcript, 7/30/01, PP 181 LL 24-25; P 182 LL 1-9; P 184 LL 20-25; P 185 LL 1-9; P 189 LL 15-18; p 197 LL 3-7; P 198 LL 8-11; P 199 LL 6-18; P 200 LL 24-25; 201 LL 1-9; P 206 LL 1-5; P 206 LL 6-24;

Ian Henderson:   7/30/01 Hearing Transcript, P 213 LL 17-23; P 214 LL 10-20; 23-25; P 215 LL 1-12; P 216 LL 16-20; P 217 LL 4-15; P 219 LL 4-8; 12-25; P 225 LL 7-25; P 228 LL 4-25;  P 229 LL 1-9;
7/31/01 P 301 LL 15-18; P 304 LL 5-10; P 305 LL 10-17; P 307 LL 2-27; P 308 LL 18-25;P 309 LL 1-12pp. 305-307; 308; 305-323