**EXHIBIT E**

Seacor Piezo Ceramics, LLC v. APC International, Ltd.,
American Piezo Ceramics, Inc., and Ferroperm Piezo Ceramics, A/S
3:01CV754 (AWT)

**Deposition of Erwin Rakoczy**
**Held on February 13, 2007**

Examination – Marie A. Casper, Esq.

p. 3, line 7 through 23
p. 4, line 1 through line 7
p. 4, line 13 through line 23
p. 5, line 1 through line 9
p. 5, line 23
p. 6, line 1 through line 15
p. 6, line 20 through line 23
p. 7, line 1
p. 7, line 15 through line 22
p. 9, line 2 through line 23
p. 10, line 1 through line 13
p. 10, line 21 through line 23
p. 11, line 1 through line 10
p. 12, line 10 through line 23
p. 13, line 1 through line 11
p. 16, line 2 through line 23
p. 17, line 1 through line 8
p. 18, line 9 through line 18
p. 20, line 3 through line 21
p. 20, line 23
p. 21, line 1 through line 4
p. 22, line 17 through line 23
p. 23, line 1 through line 17
p. 26, line 9 through line 22
p. 28, line 3 through line 6
p. 28, line 8 through line 9
p. 30, line 1 through line 23
p. 31, line 1
p. 31, line 6 through line 23
p. 32, line 1 through line 11
p. 32, line 19 through line 23
p. 33, line 4 through line 21
p. 34, line 2 through line 15
p. 34, line 18 through line 23
p. 35, line 1 through line 11
p. 36, line 15 through line 23

{776249:}

p. 37, line 1 through line 23
p. 38, line 1 through line 17

Seacor Piezo Ceramics, LLC v. APC International, Ltd.,
American Piezo Ceramics, Inc., and Ferroperm Piezo Ceramics, A/S
3:01CV754 (AWT)

Deposition of Eve Volk
Held on February 13, 2007

Examination – Donald W. O'Brien, Jr., Esq.

p. 14, line 23
p. 15, line 1 through line 6
p. 15, line 13 through line 20
p. 16, line 3 through line 12
p. 16, line 14 through line 16
p. 17, line 2 through line 10
p. 17, line 21 through line 23
p. 18, line 1 through line 8
p. 18, line 17 through line 23
p. 19, line 1 through line 23
p. 20, line 1 through line 14
p. 21, line 18 through line 23
p. 22, line 1 through line 23
p. 23, line 1 through line 15
p. 34, line 8 through line 23
p. 35, line 1 through line 23
p. 36, line 1 through line 23
p. 37, line 1 through line 18
p. 38, line 14 through line 23
p. 39, line 14 through line 20
p. 43, line 11 through line 23
p. 44, line 1 through line 12
p. 45, line 9 through line 13
p. 45, line 18 through line 23
p. 46, line 1 through line 17
p. 47, line 3 through line 10
p. 48, line 8 through line 14
p. 51, line 9 through line 22
p. 59, line 18 through line 23
p. 67, line 6 through line 21
p. 68, line 1 through line 18
p. 72, line 13 through line 23
p. 73, line 1 through line 21
p. 74, line 2 through line 8
p. 75, line 20 through line 23
p. 76, line 1 through line 11

{776221:}

p. 76, line 23
p. 77, line 1 through line 2
p. 77, line 12 through line 23
p. 78, line 1 through line 15
p. 79, line 11 through line 19
p. 81, line 1 through line 23
p. 82, line 1
p. 96, line 5 through line 23
p. 97, line 1 through line 10
p. 100, line 13 through line 17
p. 104, line 21 through line 23
p. 105, line 1 through line 9
p. 108, line 2 through line 4
p. 108, line 15 through line 23
p. 109, line 1 through line 18
p. 110, line 1 through line 11

Seacor Piezo Ceramics v. APC International, Ltd.
3:01CV754 (AWT)

Hearing Date: July 30, 2001
Witness: Eve Danielle Volk

**Direct Examination – Marie A. Casper, Esq.**

p. 22, line 9 through p. 23, line 1
p. 29, line 7 through line 18
p. 30, line 20 through p. 31, line 18
p. 38, line 20 through p. 39, line 6
p. 50, line 3 through line 14
p. 57, line 4 through line 12
p. 66, line 3 through line 9
p. 66, line 17 through line 22
p. 70, line 14 through line 22

**Cross Examination – Donald W. O'Brien, Jr., Esq.**

p. 86, line 10 through p. 88, line 18
p. 88, line 20 through line 21
p. 88, line 24
p. 89, line 1 through line 4
p. 89, line 20 through p. 90, line 9
p. 91, line 18 through p. 93, line 2
p. 93, line 20 through line 25
p. 94, line 10 through line 23
p. 95, line 4 through p. 96, line 15
p. 97, line 9 through line 11
p. 98, line 11 through p. 99, line 5
p. 100, line 10 through line 23
p. 101, line 1 through p. 102, line 14
p. 102, line 24 through p. 103, line 3
p. 103, line 6 through line 16
p. 112, line 9 through line 19
p. 113, line 1 through p. 114, line 14
p. 116, line 4 through p. 119, line 10
p. 120, line 6 through line 17
p. 120, line 24
p. 121, line 3 through p. 122, line 7
p. 122, line 10
p. 122, line 14 through p. 123, line 7
p. 123, line 11
p. 123, line 15 through p. 124, line 3

{742197:}

p. 124, line 7
p. 124, line 11 through p. 125, line 23
p. 126, line 8 through p. 127, line 2
p. 127, line 6
p. 127, line 10 through p. 128, line 2
p. 128, line 11 through p. 131, line 21
p. 132, line 2 through p. 133, line 7
p. 133, line 18 through p. 134, line 11
p. 134, line 15
p. 134, line 19 through p. 138, line 4
p. 138, line 8
p. 138, line 12 through p. 139, line 5
p. 145, line 5 through line 18
p. 146, line 1 through line 3
p. 146, line 7
p. 146, line 11 through line 13
p. 146, line 23 through p. 147, line 24
p. 148, line 9 through line 20
p. 149, line 2 through line 21
p. 151, line 19 through p. 152, line 5
p. 152, line 8 through p. 154, line 9
p. 154, line 13
p. 154, line 17 through p. 155, line 10

### Redirect Examination – Marie A. Casper, Esq.

p. 169, line 3 through p. 170, line 3

### Recross Examination – Donald W. O'Brien, Jr., Esq.

p. 174, line 11 through line 24

Seacor Piezo Ceramics, LLC v. APC International, Ltd. and
American Piezo Ceramics, Inc.
3:01CV754 (AWT)

Deposition of Eve Volk
Held on June 1, 2001

Direct Examination – Donald W. O'Brien, Jr., Esq.

p. 20, line 15 through line 19
p. 20, line 25
p. 21, line 24 through p. 22, line 5
p. 23, line 1 through line 18
p. 25, line 23 through p. 26, line 22
p. 29, line 2 through line 10
p. 31, line 16 through p. 32, line 11
p. 34, line 25 through p. 35, line 16
p. 38, line 8 through p. 39, line 1
p. 47, line 22 through p. 49, line 15
p. 61, line 19 through line 23
p. 62, line 3 through line 4
p. 62, line 6 through line 12
p. 94, line 16 through p. 95, line 3
p. 95, line 25 through p. 96, line 20
p. 97, line 2 through line 7
p. 97, line 9 through p. 98, line 3
p. 99, line 10 through p. 100, line 12
p. 100, line 22 through p. 102, line 17
p. 103, line 4 through line 21
p. 103, line 23 through p. 110, line 6
p. 110, line 8
p. 110, line 10 through line 22
p. 135, line 8 through line 19
p. 140, line 8 through p. 141, line 13
p. 149, line 9 through p. 150, line 17
p. 152, line 6 through line 9
p. 171, line 2 through line 15
p. 186, line 15 through line 21
p. 186, line 25 through p. 187, line 15
p. 187, line 17
p. 187, line 19 through p. 188, line 1
p. 204, line 11 through p. 205, line 23
p. 206, line 2 through line 13
p. 207, line 10 through line 19
p. 208, line 14 through line 22

{742516:}

p. 214, line 20 through line 24
p. 215, line 3 through line 9
p. 215, line 23 through p. 216, line 6
p. 216, line 9
p. 216, line 11 through line 13
p. 216, line 17 through p. 217, line 7
p. 218, line 4 through line 12
p. 218, line 22 through p. 219, line 5
p. 219, line 23 through p. 220, line 5

Seacor Piezo Ceramics, LLC v. APC International, Ltd. and
American Piezo Ceramics, Inc.
3:01CV754 (AWT)

Deposition of Eve Volk
Held on July 20, 2001

Continued Direct Examination – Donald W. O'Brien, Jr., Esq.

p. 256, line 23 through p. 257, line 8
p. 260, line 22 through p. 261, line 3
p. 266, line 7 through line 14
p. 268, line 11 through line 21
p. 269, line 8 through p. 270, line 25
p. 286, line 8 through line 18
p. 302, line 20 through p. 303, line 14
p. 306, line 5 through line 13

{742561:}

Seacor Piezo Ceramics, LLC v. APC International, Ltd. and
American Piezo Ceramics, Inc.
3:01CV754 (AWT)

Deposition of Camille J. Saia
Held on November 7, 2002

### Examination – Marie A. Casper, Esq.

p. 4, line 7 through p. 6, line 1
p. 7, line 17 through p. 8, line 11
p. 8, line 18 through p. 9, line 1
p. 9, line 10 through line 23
p. 12, line 9 through line 12
p. 22, line 20 through p. 24, line 1
p. 25, line 12 through p. 27, line 9

### Examination – Donald W. O'Brien, Jr., Esq.

p. 41, line 12 through p. 43, line 1
p. 43, line 10 through p. 44, line 17
p. 47, line 23 through p. 48, line 10
p. 49, line 1 through p. 50, line 10
p. 51, line 3 through line 10
p. 51, line 20 through p. 52, line 2
p. 52, line 11 through p. 54, line 10
p. 54, line 18 through p. 57, line 13

Seacor Piezo Ceramics, LLC v. APC International, Ltd. and
American Piezo Ceramics, Inc.
3:01CV754 (AWT)

Deposition of Michael Seitz
Held on April 24, 2002

Examination – Marie A. Casper, Esq.

p. 6, line 21 through line 25
p. 7, line 2 through line 3
p. 7, line 10 through line 11
p. 9, line 3 through line 20
p. 12, line 11 through line 25
p. 13, line 2 through line 17
p. 13, line 20 through line 25
p. 14, line 2 through line 25
p. 15, line 2 through line 21
p. 18, line 10 through line 22
p. 19, line 24 through line 25
p. 20, line 2 through line 6
p. 23, line 7 through line 22

Examination – Donald W. O'Brien, Jr., Esq.

p. 28, line 2 through line 25
p. 29, line 2 through line 6
p. 29, line 17 through line 25
p. 30, line 2
p. 30, line 21 through line 25
p. 31, line 2 through line 25
p. 32, line 6 through line 12
p. 35, line 13 through line 19

{742385:}