UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEACOR PIEZO CERAMICS, LLC. | : |
| Plaintiffs, | : |
| V. | : CASE NO. 3:01CV754(AWT) |
| APC INTL LTD, ET AL., | : |
| Defendants. | : |

<u>ORDER</u>

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before April 12th 2008.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before April 12th 2008

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at Hartford, Connecticut this 12th day of March, 2008.

_____/s/_____
Alvin W. Thompson
United States District Judge